No. 72–5309. BENNETT ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5314. HIBBERD *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 72–5316. KNOX *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–5318. DOUGLAS *v.* NIXON, SHERIFF. C. A. 6th Cir. Certiorari denied.

No. 72–5321. BENNETT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–5325. CODY *v.* UNITED STATES C. A. 8th Cir. Certiorari denied.

No. 72–5326. GRANTHAM *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 72–5327. MONJE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5330. WOLFE *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 72–5332. HAGAN *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 72–5333. JONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–5334. LeBRUN *v.* OREGON. Sup. Ct. Ore. Certiorari denied.

No. 72–5335. JACKSON *v.* WOLFORD. C. A. 6th Cir. Certiorari denied.

No. 72–5338. WAGNER *v.* WORKMEN'S COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.